IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Criminal Action: | 21-cr-00124-RBJ | Date: May 26, 2022 | |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell | |
| Interpreter: | Ellen Klaver and Betty Ziman | Probation: N/A | |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA | *Stephanie Podolak* |
| | *Alyssa Mance* |
| **Plaintiff** | |
| v. | |
| 2. MARCOS ANTONIO CORTEZ-ARREOLA | *Morgan Pullam* |
| | *Harvey Steinberg* |
| 3. JAVIER ORTEGA-CARRILLO | *Frank Moya* |
| 4. FAUSTO ULLOA-PAREDES | *Michael Faye* |
| **Defendants** | |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in session: 1:31 p.m.

Interpreters sworn.

Appearances of counsel. Frank Moya, counsel for Javier Ortega-Carrillo, does not appear.

Defendants present in custody.

Discussion held on pending motions.

Government's witness, Sergeant Jason Deluca, called and sworn.

1:41 p.m.  Direct examination of Sergeant Deluca by Ms. Mance.
**Exhibits 1, 2, 3, 5, 6, 7 and 8 are admitted.**

| | |
|---|---|
| 2:23 p.m. | Cross examination of Sergeant Deluca by Mr. Steinberg. |
| 2:46 p.m. | Cross examination of Sergeant Deluca by Mr. Faye. |
| 2:53 p.m. | Additional examination of Sergeant Deluca by Mr. Steinberg. |

Government's witness, Detective Tyler Jenkins, called and sworn.

| | |
|---|---|
| 2:54 p.m. | Direct examination of Detective Jenkins by Ms. Mance.<br>**Exhibits 10, 11, 12, 13, 14, 15 and 16 are admitted.** |
| 3:23 p.m. | Defense counsel Frank Moya present. |
| **3:25 p.m.** | **Court in recess.** |
| **3:36 p.m.** | **Court in session.** |
| 3:36 p.m. | Cross examination of Detective Jenkins by Mr. Faye. |

**ORDERED**: [74] Motion for Disclosure Under FRE 404(B) & 609 is MOOT. The government is to provide the 404(b) information on or before June 20, 2022.

[75] Motion for Disclosure of Evidence the Government Intends to Introduce Under FRE 807 is MOOT.

[76] Motion for Disclosure and Production of *Brady* (Exculpatory) Material is MOOT.

[77] Motion for Disclosure of Confidential Informant Identities and [90] Motion for Disclosure of Confidential Informant Identities are DENIED.

[78] Motion for Disclosure of *Bruton* and FRE 801(D)(2)(E) Materials and for a Pretrial *James* Determination on the Admissibility of Alleged Co-Conspirator Statements and [88] Motion for Pretrial Notice from Government of its Intent to Introduce any Alleged Rule 801(d)(2)(E) Co-Conspirator Statements and for a Pretrial Determination of Admissibility of Such Statements at a *James* Hearing are DENIED.

[79] Motion to Compel Discovery is MOOT.

[80] Motion for Disclosure of Expert Witnesses is GRANTED. The government is to provide full disclosure of any expert witnesses on or before June 20, 2022.

**ORDERED:**   [81] Motion for Early Disclosure of *Jencks* Material and [91] Motion for Disclosure of Jencks Material are GRANTED. The government is to provide full disclosure of any *Jencks* material on or before June 20, 2022.

[82] Motion for Disclosure of Promises of Immunity, Leniency, Preferential Treatment, Plea Bargains, and Government Officer Disciplinary Records is GRANTED. The government is to provide full disclosure of any information, as indicated, on or before June 20, 2022.

[83] Motion for Disclosure of *Res Gestae* Evidence is MOOT.

The Court makes findings of facts and conclusions of law.

**ORDERED:**   [84] Motion to Suppress Evidence Obtained During Traffic Stop and [87] Motion to Suppress Evidence from Vehicle are DENIED.

The Court makes additional findings of facts and conclusions of law.

**ORDERED:**   [86] Motion to Suppress Evidence from Apartment is DENIED.

[89] Motion to Suppress Evidence Obtained as the Result of an Unlawful Search and Seizure is DENIED.

[85] Motion to Suppress Cellular Telephone Data is DENIED.

Argument given on [92] Motion to Suppress Statements.

**ORDERED:**   [92] Motion to Suppress Statements is GRANTED in part and DENIED in part as outlined on the record.

Court in Recess:  4:51 p.m.          Hearing concluded.          Total time in Court:  03:09

Clerk's note:   Exhibits returned to counsel or a representative of counsel. Counsel to retain exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.